trict, of California, denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. W. H. Lawrence, Alfred Sutro,* and *Francis R. Kirkham* for petitioner. *Messrs. Hiram W. Johnson, James Farraher,* and *Theodore H. Roche* for respondents.

No. 637. UNITED STATES *v.* MINSKI. June 14, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Solicitor General Fahy* for the United States. *Mr. Harold H. Armstrong* for respondent.

No. 967. ELLIOTT *v.* BUCHANAN, WARDEN. June 14, 1943. Petition for writ of certiorari to the Court of Appeals of Kentucky denied. *Messrs. S. H. Brown* and *Zeb A. Stewart* for petitioner.

No. 608. DAVIS *v.* ARIZONA. June 14, 1943. Petition for writ of certiorari to the Supreme Court of Arizona denied on the ground that the judgment below rested on a non-federal ground adequate to support it. See *Brooks v. State,* 51 Ariz. 544, 78 P. 2d 498. *Mr. Hayden C. Covington* for petitioner.

No. 996. ELLERBRAKE *v.* UNITED STATES. June 14, 1943. Petition for writ of certiorari to the Circuit of Appeals for the Seventh Circuit denied. *Armin Ellerbrake, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.